UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>AARON BARNES,<br><br>　　　　　　　Defendant. | CASE NO. MJ22-345-BAT<br><br>**DETENTION ORDER** |

　　　The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

　　　Defendant is charged by complaint with Unlawful Possession of a Firearm and Unlawful Possession of Ammunition. The complaint alleges police responded to a car collision. This was not a minor fender bender. Rather the government proffered Defendant was driving on Interstate-5 when he crashed into a barrier endangering other drivers. The police officers who contacted Defendant at the scene noted he was disoriented, and there was cannabis shake in the car. Defendant did not have a valid license and given his behavior was arrested for driving under the influence. A subsequent search of defendant's car yielded a firearm and ammunition.

DETENTION ORDER - 1

Defendant has a significant criminal history. He was convicted in the District of Oregon for Transporting in Interstate Commerce for Purposes of Prostitution and was on federal supervision at the time he was arrested. His supervision was transferred to this district and has been rocky with a number violations starting in 2019.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 9th day of August, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2